JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:24-cv-02349-DOC-JDE						Date: January 30, 2025

Title: Ahmad Alzarrad v. Food Ventures North America, Inc. et al.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER CLOSING CASE**

The Court is in receipt of the Joint Notice of Settlement (Dkt. 18) that the Parties have reached full settlement of the action. Therefore, the Court hereby administratively **CLOSES** the case. The Court's Expedited Discovery Order (Dkt. 17) and the February 10, 2025 hearing are **VACATED**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11								Initials of Deputy Clerk: kdu

CIVIL-GEN